1

**Bogatz & Associates, P.C.**
I. SCOTT BOGATZ, ESQ.

2
Nevada Bar No. 3367
JOHN P. WITUCKI, ESQ.

3
Nevada Bar No. 10800
3455 Cliff Shadows Parkway

4
Las Vegas, Nevada 89129
Telephone: (702) 776-7000

5
Facsimile: (702) 776-7900
sbogatz@isbnv.com

6
jwitucki@isbnv.com
*Attorneys for the Plaintiff*

7

8
**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9

10
INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation,

Case No.:      2:10-cv-00986-MMD-VCF

11

Consolidated with cases:

12
                                 Plaintiff,
2:10-cv-00991
2:10-cv-00992

13
          vs.
2:10-cv-00993
2:10-cv-00994

14

15
RANDALL W. BLANCHARD, an individual;
MARYNN BLANCHARD, an individual;

16
DOES I through X, inclusive; and ROE
ENTITIES I through X, inclusive,

17

18
                                 Defendants.

19
**STIPULATION AND ORDER TO DISMISS THE ACTION WITH PREJUDICE**

20
        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Integrated

21
Financial Associates, Inc. ("IFA"), by and through its counsel, the law firm of Bogatz &

22
Associates, P.C., and Defendants Randall W. Blanchard and Marynn Blanchard (the

23
"Blanchards" and together with IFA, the "Parties"), by and through their counsel, the law firm of

24
Snell & Wilmer L.L.P., and pursuant to a certain settlement agreement entered into between the

25
Parties and approved by the Bankruptcy Court in IFA's Chapter 11 bankruptcy case, that the

26
above-captioned case and consolidated cases be dismissed in their entirety with prejudice, and

27
that each Party shall bear its own costs, expenses and attorney fees.

28

BOGATZ & ASSOCIATES, P.C.
3455 Cliff Shadows Parkway, Suite 110
Las Vegas, Nevada 89129
(702) 776-7000 FAX: (702) 776-7900

1    IT IS FURTHER STIPULATED AND AGREED that this case shall be closed.

2

3    Dated this 8th day of April, 2013         Dated this 8th day of April, 2013

4
     BOGATZ & ASSOCIATES, P.C.               SNELL & WILMER L.L.P.
5

6

7    By:___/s/ John P. Witucki, Esq._____    By:___/s/ John S. Delikanakis, Esq._____
        I. Scott Bogatz, Esq.                    John S. Delikanakis, Esq.
8       Nevada Bar No. 3367                      Nevada Bar No. 5928
        John P. Witucki, Esq.                    3883 Howard Hughes Parkway, Suite 1100
9       Nevada Bar No. 10800                     Las Vegas, NV  89169
        3455 Cliff Shadows Parkway, Suite 110    Telephone (702) 784-5200
10      Las Vegas, Nevada 89129                  Facsimile (702) 784-5252
        *Attorneys for the Plaintiff*            *Attorneys for the Defendants*
11

12

13

14                                              **ORDER**

15       IT IS SO ORDERED.

16                                              _____

17                                              UNITED STATES DISTRICT COURT JUDGE

18
                                                DATED: _April 9, 2013_____
19

20

21

22

23

24

25

26

27

28

**BOGATZ & ASSOCIATES, P.C.**
3455 Cliff Shadows Parkway, Suite 110
Las Vegas, Nevada 89129
(702) 776-7000 FAX: (702) 776-7900